IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

COREECE LENARD BRIDGES,                    *

                Plaintiff,                    *

v.                                                                        Case No.  5:22-cv-00179-TES-MSH
                                                *

DOCTOR CESAR SISKA, et al.,                  *

                Defendants.                *

_____          *

## **J U D G M E N T**

Pursuant to this Court's Order dated September 23, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 26th day of September 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk